UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20272-CR-LENARD

**UNITED STATES OF AMERICA,**

**v.**

**TAVARIUS SMITH,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 139) AND DENYING DEFENDANT'S REQUEST FOR RETURN OF ILLEGALLY SEIZED MONEY IN THE AMOUNT OF $2,064.47 (D.E. 129)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Lauren F. Louis, ("Report," D.E. 139), issued July 31, 2022, recommending that the Court deny Defendant Tavarius Smith's Request for Return of Illegally Seized Money in the Amount of $2,064.47, ("Motion," D.E. 129), filed on or about March 3, 2022.  Specifically, Judge Louis found that: (1) to the extent that Defendant is challenging his restitution payments under the Treasury Offset Program, the Motion is "premature" because Defendant has not shown that he has exhausted his administrative remedies, (Report at 3-4); and (2) to the extent that Defendant is challenging his restitution payments under the Inmate Financial Responsibility Program, the Court lacks jurisdiction to consider the Motion because such a challenge must be made in a petition for writ of habeas corpus under 28 U.S.C. § 2241 and filed in the district of confinement, (id. at 4-5).

The Report provides the Parties with fourteen (14) days to file objections.  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties

from attacking on appeal the factual findings contained in the report.  See <u>Resolution Trust Corp. v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 139) issued on July 31, 2022, is **ADOPTED**; and

2. Defendant's Request for Return of Illegally Seized Money in the Amount of $2,064.47 (D.E. 129) is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of September, 2022.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**